```
 1  MARINA GONZALES SBN 188075
    1315 E Divisadero
 2  Fresno CA 93721
    Tel.  (559) 497-0515
 3  Fax   (559) 497-8785

 4
                    IN THE UNITED STATES DISTRICT COURT
 5                  EASTERN DISTRICT OF CALIFORNIA, FRESNO

 6

 7  UNITED STATES OF AMERICA        )   Case # 05CR 00368-05 AWI
                    Plaintiff       )   APPLICATION FOR ORDER
 8   V.                             )   EXONERATING BOND AND FOR
                                    )   RECONVEYANCE OF REAL PROPERTY
 9  MARIA MONSAVAIS                 )   AND
                                    )   ORDER THEREON
10           Defendant.             )
                                    )
11
```

Defendant, MARIA MONSAVAIS, hereby moves this court for an order to exonerate the bond and reconvey the real property in the above-captioned case.

On April 24, 2006, Ms. Monsivais appeared in this matter before the Honorable Judge Beck. On that date, the court ordered Ms. Monsivais released from custody under the supervision of Pretrial Services and a $80,000.00 real property bond. An original recorded deed of trust and promissory note were provided to this court by Maria Monsivais on April 27, 2006.

On Dec. 18, 2006, Ms. Monsivais appeared before the Honorable Judge Ishii for sentencing. She was placed on 12 months probation and ordered to pay $25 special assessments.

Since Ms. Monsivais has met the conditions set forth in this matter, she requests that the court exonerate the bond set by the court and reconvey title to the real property securing the bond to Maria Rubi Monsivais.

Dated: <u>December 28, 2006</u>          Respectfully submitted

                                          /S/
                                         MARINA GONZALES, Esq
                                         Attorney for Defendant,
                                         Maria Rubi Monsivais

**ORDER**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title be reconveyed to Maria Rubi Monsivais.

IT IS SO ORDERED.

| Dated: **December 29, 2006** | **/s/ Dennis L. Beck** |
|---|---|
| 3b142a | UNITED STATES MAGISTRATE JUDGE |